IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: November 04, 2009



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24844/843888454

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:09-BK-24391-RJH |
| Hugo L. Acu and Margarita Acu<br>    Debtors. | Chapter 7 |
| Chase Bank USA, N.A.<br>    Movant,<br>    vs.<br>Hugo L. Acu and Margarita Acu, Debtors, William E. Pierce, Trustee.<br>    Respondents. | ORDER<br><br>(Related to Docket #7) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 5, 2005 and recorded in the office of the Mohave County Recorder wherein Chase Bank USA, N.A. is the current beneficiary and Hugo L. Acu and Margarita Acu have an interest in, further described as:

> Lot 9, Block 4, of Tract 2228, LAKE HAVASU CITY, ARIZONA, according to the plat thereof, recorded March 4, 1969 at Fee No. 56760, in the office of the Recorder of Mohave County, Arizona.
>
> EXCEPT all oil, gas, other hydrocarbon substances, helium, or other substances of a gaseous nature, coal, metals, fossils, fertilizer of every name and description
>
> TOGETHER WITH all uranium, thorium or any other material which is or may be determined by the laws of the United States, or of this State, or decisions of Court, to be peculiarly essential to the production of fissionable materials, whether or not of commercial value and the exclusive right thereto, on, in, or under the above described lands, shall be and remain and are hereby reserved in and retained by the State of Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT